JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO ABREU,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MATTHEW CATE, et al.,<br><br>　　　　　Defendants. | Case No. CV 12-6437-GAF (DTB)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Summarily Dismissing Action,

　　IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: December 20, 2012

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　GARY A. FEESS
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1