JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ARMANDO ABREU, | Case No. CV 12-6437-GAF (DTB) |
|---|---|
| Plaintiff, | **J U D G M E N T** |
| vs. | |
| MATTHEW CATE, et al., | |
| Defendants. | |

Pursuant to the Order Summarily Dismissing Action,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: December 20, 2012

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

1